UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| KAREEM ABRAM,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF NEVADA,<br><br>　　　　　　　　　　Defendant. | Case No. 2:19-cv-01372-KJD-BNW<br><br>ORDER |

　　　　On December 4, 2020, the magistrate judge denied (#6) Plaintiff's Application to Proceed *in forma pauperis* (#1). The Order (#6) gave Plaintiff thirty days to file an application to proceed *ifp* by a non-prisoner or to pay the full filing fee. The order warned Plaintiff that failure to comply could result in his complaint being dismissed. Defendant failed to file an application, pay the full filing fee or respond in any way to the order.

　　　　Accordingly, IT IS HEREBY ORDERED that Plaintiff's complaint is **DISMISSED without prejudice for failure to pay the filing fee.**

Dated this 25th day of January 2021.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Kent J. Dawson
　　　　　　　　　　　　　　　　United States District Judge